
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CARL HARRIS,

        Plaintiff,

v.                                    Civil No. 04-1704-HO

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

Attorney fees in the amount of $5,460.00 are hereby awarded to Plaintiff pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Dated: January 17, 2006

_____
United States District Judge

**ORDER - Page 1**